buildings, ; had not been clogged with timber and debris; that the water so collecte y the defendant in its ditch contributed to the water which flooded th laintiffs' buildings. If the jury had found as above stated it would h been justified in finding the defendant negligent and awarding damages he plaintiffs. When the defendant dug the ditch and built the culvert assumed the legal obligation of exercising reasonable care to take ca of the water collected in the ditch and to keep the culvert free and clear obstructions. I believe that there was a clear question of fact which sh have been submitted to the jury and that it was error to direct a vict in favor of the defendant. I, therefore, vote to reverse the judgment d order.

———

TRUSTI OF HAMILTON COLLEGE, Respondent, v. THOMAS E. ROBERTS and Oth Appellants.— Judgment affirmed, with costs. All concurred; Foote, J ot sitting.

ROUAI WINE COMPANY, Plaintiff, v. JAMES O. SEBRING, Defendant. — Defen t's exceptions sustained and motion for new trial granted, with co to defendant to abide event. Held, that the evidence was sufficien require submission to the jury of the question as to whether the accot between the parties was " a mutual account " as defined in *Green* v. *Tisbrow* (79 N. Y. 1); 1 C. J. 598, § 6; and *Miller* v. *Longshore* (147 App Div. 214). If found to be such, then defendant's release of his account d claim against the plaintiff must be held to release only the balance ter the application thereon of plaintiff's account against him. All conc red.

EDWA GABEL and Others, Appellants, v. SAMUEL STONE and Another, Respon ts.— Judgment affirmed, with costs. All concurred.

EDDY LVE COMPANY, Plaintiff, v. VILLAGE OF BARKER, Respondent, Impleade with WALTER WOOD, Appellant, and CAMILLO MOLINARI and Others, fendants.— Judgment affirmed, with costs. All concurred.

BYRON . HARRINGTON, Respondent, v. WILLIAM H. BISSELL and Another, ppellants.— Judgment affirmed, with costs. All concurred.

BERTH . OLSEN, as Administratrix, etc., of SAMUEL M. OLSEN, Deceased, Respond , v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant. — Judgm and order affirmed, with costs. All concurred.

CLARA .LOOMIS and Another, as Executrices, etc., of SARAH J. DODGE, Deceased lespondents, v. CHARLES H. DODGE, Individually and as Executor t., of HENRY DODGE, Deceased, Appellant.— Judgment affirmed, with cost All concurred.

IRENE IIN AMARA, as Administratrix, etc., of EDWARD B. MCNAMARA, Deceased bspondent, v. EASTMAN KODAK COMPANY, Appellant, Impleaded with Othr — Judgment and order affirmed, with costs. All concurred.

EAST IAE LUMBER COMPANY, a Corporation, Appellant, v. GREENLEAF S. VAN G DER and Others, Respondents.— Judgment affirmed, with costs. All ncurred.

CLINTON . IRLAND, Appellant, v. J. CLARK ROOT, Respondent.— Judgment affirm , with costs. All concurred.